STATE OF CONNECTICUT *v.* JOSEPH ROSE

Upon the representation of counsel that a draft finding in the above cause will be filed on or before 15 May 1970, the motion to dismiss is continued until the first Tuesday of June and counsel are directed to appear at 10:00 a.m. on that date unless the said draft finding has been filed on or before 15 May 1970.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*Ralph F. Scofield,* special public defender, for the appellant (defendant).

Argued May 5—decided May 5, 1970

WILBUR GREEN ET AL. *v.* EUGENE D. MASSEY

The motion by the defendant to dismiss the appeals from the Superior Court in Hartford County is denied.

The motion by the plaintiffs to amend their appeal from the Superior Court in Hartford County is granted.  -

The motion by the plaintiffs to have their motion to amend their appeal from the Superior Court in Hartford County argued at the same time as the defendant's motion to dismiss their appeal is argued is granted.

*James N. Egan,* for the appellants (plaintiffs).

*Snow G. Munford,* for the appellee (defendant).